# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| TRI-COUNTY LANDFILL, INC., | : No. 67 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| PINE TOWNSHIP ZONING HEARING | : |
| BOARD, AND DR. RAY YOURD, DIANA | : |
| HARDISKY, ERIC LINDH AND POLLY | : |
| LINDH, BILL PRITCHARD AND LISA | : |
| PRITCHARD, DAVE DAYTON AND | : |
| ANNE DAYTON, DOUG BASHLINE AND | : |
| THE GROVE CITY FACTORY SHOPS | : |
| LIMITED PARTNERSHIP, | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.